**FENNEMORE CRAIG P.C.**
Shannon S. Pierce, Esq. (NV Bar No. 12471)
Austin Slaughter (NV Bar No. 15645)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
e-mail: spierce@fennemorelaw.com

Attorneys for Defendant
*Desert Palace, LLC dba Caesars Palace Hotel and Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. VASQUEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DESERT PALACE, LLC, a Domestic Limited Liability Company, d/b/a CAESARS PALACE,<br><br>Defendant. | CASE NO. 2:24:CV-00663-RFB-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

Plaintiff DAVID A. VASQUEZ, ("Plaintiff"), by and through his counsel of record, Kristina S. Holman, Esq., of Holman Law Office, and Defendant DESERT PALACE, LLC ("Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby **STIPULATE** as follows:

WHEREAS, the Court scheduled an Early Neutral Evaluation ("ENE") for October 2, 2024 (ECF No. 11);

WHEREAS, Plaintiff is currently undergoing medical treatment and does not believe that he will be sufficiently recovered to attend the ENE as scheduled;

WHEREAS, in light of Plaintiff's medical treatment, the parties have agreed to continue the ENE to a later date; and

WHEREAS, counsel for Defendant is currently scheduled to be in a bench trial October 14, 2024-November 8, 2024.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO

46085902.1

NOW THEREFORE, in light of the foregoing, the parties **STIPULATE** and agree as follows:

1. The ENE, currently scheduled for October 2, 2024 is vacated and continued to a date most convenient for the Court on or after November 15, 2024.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request to continue the ENE. Good cause exists for this continuation. Plaintiff is undergoing medical treatment that precludes his participation in the ENE conference. The stipulated continuance is not for purpose of delay, but instead the result of unexpected medical circumstances. No prior continuances have been requested or obtained in this matter.

**IT IS SO STIPULATED.**

Dated: September 10, 2024                                        Dated: September 10, 2024

**HOLMAN LAW OFFICE**                                     **FENNEMORE CRAIG, P.C.**

By: _/s/ Kristina S. Holman_                                   By: _/s/ Shannon S. Pierce_
Kristina S. Holman, Esq. (SBN 3742)           Shannon S. Pierce, Esq. (SBN 12471)
8275 S. Eastern Ave., Suite 215                     7800 Rancharrah Parkway
Las Vegas, Nevada 89123                              Reno, Nevada 89511
Tel.: (702) 990-8681                                         Tel.: (775) 788-2200
Email: kholman@kristinaholman.com         Email: spierce@fennemorelaw.com
*Attorney for Plaintiff David Vasquez*            *Attorney for Defendant Desert Palace*

**ORDER**

Based on the foregoing, and for good cause appearing, it is hereby ORDERED that the ENE currently scheduled for October 2, 2024 is hereby continued to **Tuesday, December 3, 2024**, beginning at **10:00** a.m. The parties pre-ENE statements shall be due to chambers by 4:00 p.m. on November 26, 2024.

**IT IS SO ORDERED.**

DATED this 12th day of September, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE