**FENNEMORE CRAIG P.C.**
Shannon S. Pierce, Esq. (NV Bar No. 12471)
Austin Slaughter (NV Bar No. 15645)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
e-mail: spierce@fennemorelaw.com

Attorneys for Defendant
*Desert Palace, LLC dba Caesars Palace Hotel and Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. VASQUEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DESERT PALACE, LLC, a Domestic Limited Liability Company, d/b/a CAESARS PALACE,<br><br>Defendant. | CASE NO. 2:24:CV-00663-RFB-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(Second Request)** |

Plaintiff DAVID A. VASQUEZ, ("Plaintiff"), by and through his counsel of record, Kristina S. Holman, Esq., of Holman Law Office, and Defendant DESERT PALACE, LLC ("Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby **STIPULATE** as follows:

WHEREAS, the Court scheduled an Early Neutral Evaluation ("ENE") for December 3, 2024 (ECF No. 14);

WHEREAS, Plaintiff is scheduled for surgery in November 2024 and does not believe that he will be sufficiently recovered to attend the ENE as scheduled;

WHEREAS, in light of Plaintiff's medical treatment, the parties have agreed to continue the ENE to a later date; and

NOW THEREFORE, in light of the foregoing, the parties **STIPULATE** and agree as follows:

1. The ENE, currently scheduled for December 3, 2024 is vacated and continued to a date most convenient for the Court on or after January 1, 2025.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request to continue the ENE. Good cause exists for this continuation. As noted above and in the parties' first request to continue the ENE, Plaintiff continues to undergo medical treatment that precludes his participation in the ENE conference as presently scheduled. The stipulated continuance is not for purpose of delay, but instead the result of surgical treatment impacting Plaintiff's attendance at the ENE. Other than the first request to continue the ENE (ECF No. 13), no prior continuances have been requested or obtained in this matter.

**IT IS SO STIPULATED.**

Dated: October 15, 2024                                                         Dated: October 15, 2024

**HOLMAN LAW OFFICE**                                                **FENNEMORE CRAIG, P.C.**

By: */s/ Kristina S. Holman*                                              By: */s/ Shannon S. Pierce*
Kristina S. Holman, Esq. (SBN 3742)                          Shannon S. Pierce, Esq. (SBN 12471)
8275 S. Eastern Ave., Suite 215                                  7800 Rancharrah Parkway
Las Vegas, Nevada 89123                                             Reno, Nevada 89511
Tel.: (702) 990-8681                                                          Tel.: (775) 788-2200
Email: kholman@kristinaholman.com                       Email: spierce@fennemorelaw.com
*Attorney for Plaintiff David Vasquez*                        *Attorney for Defendant Desert Palace, LLC*

**ORDER**

Based on the foregoing, and for good cause appearing, it is hereby ORDERED that the ENE currently scheduled for December 3, 2024 is hereby continued to __January 10, 2025__, beginning at __10:00__ a.m. The parties pre-ENE statements shall be due to chambers by 4:00 p.m. on __January 3, 2025__.

**IT IS SO ORDERED.**

DATED this 17th day of October 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -