KRISTINA S. HOLMAN
Nevada Bar No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Fax: (702) 990-8691
kholman@kristinaholman.com
*Attorney for David Vasquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. VASQUEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>DESERT PALACE, LLC, a Domestic Limited Liability Company, d/b/a CAESRS PALACE,<br><br>Defendants. | CASE NO.: 2:24-cv-00663- RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff DAVID A. VASQUEZ ("Plaintiff") by and through his counsel of record, Kristina S. Holman of Holman Law Office, and Defendant DESERT PALACE, LLC ("Defendant") by and through its counsel, Shannon S. Pierce, Esq. of the law firm of Fennemore Craig, P.C., do hereby STIPULATE to allow Plaintiff to file his opposition to Defendant's motion for summary judgment (ECF 19) by Tuesday, April 8, 2025. This STIPULATION is based on the following:

1. Defendant filed its Motion for Summary Judgment on March 10, 2025 (ECF No. 19).

2. Plaintiff's response (opposition) to such motion was due on March 31, 2025.

3. During the week prior to March 31, 2025, Plaintiff's counsel had medical appointments precluding Plaintiff's counsel from devoting attention to Plaintiff's response to ECF No. 19.

4. On the afternoon of 3/31/2025, Plaintiff's counsel, Ms. Holman, contacted defense counsel concerning whether Defendant would agree to an extension of time for Plaintiff to file his opposition to the motion for summary judgment to April 8, 2025. Defense counsel was out of the office, ill, at the time, but has since confirmed that Defendant will agree to extend Plaintiff's deadline to respond to ECF No. 19 to April 8, 2025.

5. In light of the above, Plaintiff's counsel requests additional time to review and prepare Plaintiff's opposition.

NOW THEREFORE, in light of the foregoing, the parties **STIPULATE** and agree as follows:

**Plaintiff may file his opposition to Defendant's motion for summary judgment on or before Tuesday, April 8, 2025**.

This request is submitted pursuant to Local Rules and is the parties' first request for this extension. No prior extensions of the aforementioned deadline have been requested or obtained in this matter.

This request is made in good faith and not for the purpose of delay.

Dated: April 1, 2025                                    Dated: April 1, 2025

**FENNEMORE CRAIG, P.C.**                               **HOLMAN LAW OFFICE**

By: */s/ Shannon S. Pierce*                             By: */s/ Kristina S. Holman*
    Shannon S. Pierce, Esq. (SBN 12471)                     Kristina S. Holman (SBN 3742)
    7800 Rancharrah Parkway                                 8275 South Eastern Avenue, Suite 215
    Reno, Nevada 89511                                      Las Vegas, Nevada 89123
    Tel: (775) 788-2200                                     Tel: (702) 614-4777
    Email: spierce@fennemorelaw.com                         Email: kholman@kristinaholman.com
    *Attorney for Defendant Desert Palace*                  *Attorney for David Vasquez*

## ORDER

**IT IS SO ORDERED.**

_____
United States District Court Judge

Dated: April 3, 2025